## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Titus Andrew Huyghue<br>Debtor(s) | BK NO. 17-03723 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                     Respectfully submitted,

                                     **/s/James C. Warmbrodt, Esquire**
                                     James C. Warmbrodt, Esquire
                                     KML Law Group, P.C.
                                     BNY Mellon Independence Center
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA  19106
                                     412-430-3594